DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY LUIS LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3320

[December 14, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Robert L. Pegg, Judge; L.T. Case No. 19001331CFAXMX.

Robert David Malove of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Maryellen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***